UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:11-CR-6-BR

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ROSLYN VICTORIA ELLERBEE | **ORDER** |

On motion of defendant, and for good cause shown, it is hereby ORDERED that defendant's sentencing memorandum [DE 30] be sealed, except that copies may be provided to the United States Attorney's Office and Counsel for the above-named Defendant. The Clerk is DIRECTED to strike from the record DE 29, which was mistakenly filed without attachments.

This 2 August 2011.

_____
W. Earl Britt
Senior U.S. District Judge