# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA

**UNITED STATES OF AMERICA**

             v.            Crim. No. 7:11-CR-6-1BR

**ROSLYN VICTORIA ELLERBEE**

    On September 10, 2012, the above named was released from prison and commenced a term of supervised release for a period of 60 months. The offender has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

                          I declare under penalty of perjury that the foregoing is true and correct.

                          /s/ C. Lee Meeks, Jr.
                          C. Lee Meeks, Jr.
                          U.S. Probation Officer
                          200 Williamsburg Pkwy, Unit 2
                          Jacksonville, NC 28546-6762
                          Phone: 910-346-5105
                          Executed On: February 22, 2016

## ORDER OF COURT

    Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this \_\_\_23\_\_\_ day of \_\_\_February\_\_\_, 2016.

                          W. Earl Britt
                          Senior U.S. District Judge